1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | CASE NO. 1:07-cv-01697-AWI-GSA PC |
|            Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO CLOSE THIS ACTION ON THE GROUND THAT IT IS DUPLICATIVE OF CASE NUMBER 1:06-CV-01096-AWI-GSA PC |
|    v. | |
| DEBBI MANJUANO, et al., | (Doc. 1) |
|            Defendants. | |
| _____/ | |

Plaintiff Robert Benyamini ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  In this action, Plaintiff is alleging he was subjected to unconstitutional conditions of confinement at the Modesto County Jail from June 25, 2003 through January 2004, approximately.  These claims are duplicative of the claims being litigated in case number 1:06-cv-01697-AWI-GSA PC.  Plaintiff may not proceed against the same parties on the same claims in two separate actions.

Accordingly, the Clerk's Office is HEREBY DIRECTED to close this action on the ground that it is duplicative of case number 1:06-cv-01096-AWI-GSA PC.

IT IS SO ORDERED.

**Dated:**   **October 7, 2008**   _____**/s/ Anthony W. Ishii**_____
CHIEF UNITED STATES DISTRICT JUDGE

1